within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1516. IN RE DISBARMENT OF KENT. It is ordered that Michael Gayhart Kent, of Huntingtown, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1517. IN RE DISBARMENT OF PROVINE. It is ordered that Leon Eggleston Provine, of Grenada, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1518. IN RE DISBARMENT OF GOUIRAN. It is ordered that Emile E. Gouiran, of Paris, France, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–7636. IN RE GAYDOS. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until March 20, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–7917. IN RE BRANCH. Petition for writ of habeas corpus denied.

No. 94–7574. IN RE WILLIAMS; and
No. 94–7598. IN RE ADAMS. Petitions for writs of mandamus denied.

No. 94–1139. GOVERNMENT EMPLOYEES INSURANCE CO. ET AL. *v.* DUANE. C. A. 4th Cir. Certiorari granted. ■

No. 93–9434. MCGAHEE *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. ■